# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>POOJA A. BAVDANKAR,<br><br>Defendant. | PO-21-05202-GF-JTJ<br><br>VIOLATION:<br>9712197<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation 9712197 (for a total of $80), and for good cause shown, **IT IS ORDERED** that the $80 fine paid by the defendant is accepted as a full adjudication of violation 9712197.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 9, 2021, is **VACATED.**

DATED this 2nd day of December, 2021.

_____
John Johnston
United States Magistrate Judge